**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM COLTEN,
ADC #147673                                                                                          PLAINTIFF

v.                                         5:12-cv-00263-KGB-JTK

ARTIS RAY HOBBS, et al.                                                                     DEFENDANTS

**<u>ORDER</u>**

By Order dated October 2, 2012, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 8). Summons was returned, unexecuted, with respect to Defendants G. Mills, S. Cook, and J. Smith, on October 22, 2012 (Doc. Nos. 22-24). Included with the return for Defendant Mills and filed under seal is a memo containing his last-known address. Included with the returns for Defendants Cook and Smith are memos stating that no individuals with those names are employed by the ADC. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant G. Mills, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 3) on Defendant at the address provided under seal (Doc. No. 22), without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall provide additional identifying information and/or last-known addresses for Defendants S. Cook and J. Smith within thirty days of the date of this Order.[1]

---

[1] According to FED.R.CIV.P. 4(m), a Defendant must be served within 120 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..."

IT IS SO ORDERED this 24th day of October, 2012.

                                                        _____
                                                         JEROME T. KEARNEY
                                                         UNITED STATES MAGISTRATE JUDGE