**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM COLTEN,                                                                                      PLAINTIFF
ADC #147673

v.                                             5:12-cv-00263-KGB-JTK

RAY HOBBS, et al.                                                                                   DEFENDANTS

## **ORDER**

Defendants shall file a Response to Plaintiff's Motion for Order of Protection (Doc. No. 25) within fifteen days of the date of this Order.

IT IS SO ORDERED this 3rd day of December, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE