**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM COLTEN,
ADC #147673**                                                                                              **PLAINTIFF**

**v.**                                    **5:12CV00263 KGB-JTK**

**RAY HOBBS, et al.**                                                                                          **DEFENDANTS**

## <u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review of the proposed findings and recommendations, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that plaintiff's Motion for Order of Protection, which the Court construes as a Motion for Preliminary Injunctive Relief, is DENIED (Dkt. No. 25).

DATED this 1st day of April, 2013.

                                                                                 Kristine G. Baker
                                                                                 United States District Judge