IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM COLTEN, PLAINTIFF
ADC #147673

v. 5:12CV00263-KGB-JTK

RAY HOBBS, et al. DEFENDANTS

## ORDER

The Defendants' Motion to take Plaintiff's Deposition, pursuant to FED.R.CIV.P. 30(a)(2) (Doc. No. 56), is hereby GRANTED.

The Motion to Intervene, filed by inmate Winston Holloway (Doc. No. 55) is DENIED.

IT IS SO ORDERED this 23rd day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE