**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM COLTEN,                                                               PLAINTIFF
ADC #147673

v.                            5:12CV00263-KGB-JTK

RAY HOBBS, et al.                                                     DEFENDANTS

## **ORDER**

Defendant Laura Cook (originally identified as S. Cook), through her attorney, has answered and supplied her correct name (Doc. No. 49). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE