IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM COLTEN,**  **PLAINTIFF**
**ADC #147673**

v.  Case No. 5:12-cv-00263-KGB-JTK

**RAY HOBBS, et al.**  **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

SO ORDERED this 28th day of March, 2014.

_____
Kristine G. Baker
United States District Judge